# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Noah J. McCourt, | Civil No. 19-cv-1462 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Minnesota County Attorney's Association, | |
| Defendant. | |

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 7, 2019 [Doc. No. 4], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. The application to proceed *in forma pauperis* of plaintiff Noah J. McCourt [Doc. No. 2] is **DENIED**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 29, 2019
        s/Susan Richard Nelson
        SUSAN RICHARD NELSON
        United States District Judge